UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                                                                   :
           -v-                                                     :     04 Cr. 1158 (JPC)
                                                                   :
                                                                   :     ORDER
                                                                   :
SAMMY GIL,                                                         :
                                                                   :
                      Defendant.                                   :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By July 26, 2023, the Government shall respond to Defendant Sammy Gil's motion to seal his conviction, indicating both whether it opposes that motion and, if so, the basis for its opposition.

      SO ORDERED.

Dated: July 6, 2023
       New York, New York
                                                     JOHN P. CRONAN
                                            United States District Judge